# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MAGRATH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LLOYD'S AMERICA, INC., a New York Corporation; HENRY N. WATKINS, also known as HANK WATKINS, an Individual; And DOES 1 through 100, Inclusive.,<br><br>Defendants. | Case No.: CV 18-4120-DMG (JCx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [17]** |

JS-6

Based on the parties' stipulation, and good cause appearing therefor, the stipulation is APPROVED. The above-captioned action is hereby dismissed with prejudice, in its entirety. All scheduled dates and deadlines are VACATED.

The Court will retain jurisdiction to enforce the terms and conditions of the parties' settlement and release.

DATED: January 23, 2019

                                                          _____
                                                          DOLLY M. GEE
                                                          UNITED STATES DISTRICT JUDGE

-1-